Form 210A (10/06)

# United States Bankruptcy Court

___NORTHERN___ District Of ___CALIFORNIA___

In re ___ROME FINANCE CO., INC.___   Case No. ___08-45902___

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Chambliss, Bahner & Stophel, PC | Legal Eagle, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
1000 Tallan Bldg., Two Union Sq.
Chattanooga, TN 37402

Court Claim # (if known): ___292-1___
Amount of Claim: ___$152,480.50___
Date Claim Filed: ___02/12/09___

Phone: ___423-756-3000___
Last Four Digits of Acct #: ___0966___

Phone: ___864-467-1373___
Last Four Digits of Acct. #: ___(unknown)___

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/Bruce C. Bailey___   Date: ___01/11/10___
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

__NORTHERN__ District Of __CALIFORNIA__

In re __ROME FINANCE CO., INC.__  Case No. __08-45902__

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __292-__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| Legal Eagle, Inc. | Chambliss, Bahner & Stophel, PC |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:  
635 August Street (29605)  
P. O. Box 8757  
Greenville, SC 29604

Address of Transferee:  
1000 Tallan Building  
Two Union Square  
Chattanooga, TN 37402

~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/11/10

_____  
CLERK OF THE COURT

Bruce C. Bailey
Tennessee BPR # 011217
CHAMBLISS, BAHNER & STOPHEL, P.C.
1000 Tallan Building
Two Union Square
Chattanooga, Tennessee 37402-2500
Telephone: 423/757-0209
Facsimile: 423/508-1209

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

ROME FINANCE CO., INC.,
a California corporation,

    Debtor

Case No.: 08-45902

Chapter 11

NOTICE OF ASSIGNMENT OF
PROOF OF CLAIM

Pursuant to Rule 3001(e)(2), Legal Eagle, Inc. has transferred its proof of claim in this Bankruptcy Case (Claim No. 292-1), copy attached to Exhibit 1, to Chambliss, Bahner & Stophel, P.C. Accordingly, Chambliss, Bahner & Stophel, P.C. requests the Clerk to notify Legal Eagle, Inc. by mail of the filing of the evidence of transfer and that any objection thereto must be filed within twenty (20) days of the mailing of the notice or such additional time as allowed by the Court, and, after such time has passed, to substitute Chambliss, Bahner & Stophel, P.C. for Legal Eagle, Inc. with respect to this proof of claim.

Evidence of the transfer from Legal Eagle, Inc. to Chambliss, Bahner & Stophel, P.C. is attached as Exhibit 2.

1

00001_00/0966/BCB-856658_2

Case: 08-45902    Doc# 207    Filed: 01/11/10    Entered: 01/11/10 15:16:38    Page 3 of 4

CHAMBLISS, BAHNER & STOPHEL, P.C.

By:  /s/ Bruce C. Bailey
Bruce C. Bailey, TN Bar No. 011217

1000 Tallan Building
Two Union Square
Chattanooga, Tennessee 37402-2500
Phone: (423) 756-3000
Fax: (423) 508-1256

*Attorney for Chambliss, Bahner & Stophel P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that I filed a copy of the foregoing pleading electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic system.

This 11th day of January, 2010.

By: /s/ Bruce C. Bailey
Bruce C. Bailey